UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**    **CASE NUMBER: 04-80408**
                                   **HONORABLE VICTORIA A. ROBERTS**

**v.**

**D-1 CHARLES MADY,**

        **Defendant(s).**
_____/

**ORDER DENYING DEFENDANT CHARLES G. MADY'S
MOTION FOR PRETRIAL RELEASE**

This matter is before the Court on Defendant Charles G. Mady's Motion for Pretrial Release Pursuant to 18 U.S.C. §3142(i). To prepare for trial, Defendant contends that he and his attorney need to review numerous written documents, cassette tapes, and documents produced on CD-ROM. Defendant says that he is precluded from effectively doing so because of the time constraints for attorney visits and other limitations imposed by the Milan Detention Center where he currently resides. The Government disputes Defendant's claim that the nature of this case necessitates his release, or that circumstances have changed since the Court held a detention hearing on December 21, 2004. The Government points out that Defendant allegedly engaged in additional fraudulent acts in violation of his initial bond order shortly after his release. Additional charges were brought for the alleged acts. The Government further points out that Defendant is a Canadian citizen. Nevertheless, the Government does not object to a modification of the custodial arrangement to enable counsel to meet with Defendant as necessary at a detention facility.

The Court is not persuaded that Defendant's release is necessary to facilitate adequate trial preparation. Accordingly, Defendants' Motion is **DENIED**. The Court will, however, consider modifying Defendant's custodial arrangement at the detention facility so that counsel can meet with Defendant as necessary. The parties are to discuss possible modifications and present a proposed Order to the Court.

**IT IS SO ORDERED.**

        s/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated: September 26, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 26, 2005.

s/Linda Vertriest
Deputy Clerk